1056

THE STATE OF WASHINGTON, *Plaintiff,* v. MARK A. MISIAK, *Petitioner,* RICHARD KIMBERLY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00283-4, David A. Nichols, J., entered March 4, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. GAYLON LEE THIEFAULT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00167-6, Ronald L. Castleberry, J., entered October 1, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent* v. STEVEN A. TUBBS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00612-9, Michael F. Moynihan, J., entered September 26, 2003. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-09259-1, Cheryl B. Carey, J., entered November 7, 2003. *Affirmed* by unpublished per curiam opinion.